**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:07-cv-02618-DAB

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of December, two thousand and eleven.

Before:     Dennis Jacobs,
                  *Chief Judge*,
           Guido Calabresi,
           Reena Raggi,
                  *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 13, 2011

_____

San Diego County Employees Retirement Association,

      *Plaintiff-Appellant*,

     v.

Nicholas M. Maounis, Charles H. Winkler,
Robert W. Jones, Brian Hunter, Amaranth Advisors, LLC,

      *Defendants-Appellees*.

_____

**ORDER**

Docket Number: 10-1427-cv

      The parties have filed a stipulation withdrawing the above-captioned appeal with prejudice, without costs and without attorneys' fees, pursuant to Federal Rule of Appellate Procedure 42(b).

      The stipulation hereby is so ordered.

                                                     FOR THE COURT:
                                                     Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/13/2011**